# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. MJ20-03752 | Date August 11, 2020 |

Present: The Honorable **Gail J. Standish, United States Magistrate Judge**

Interpreter **None**

| Alma Felix | Terri Hourigan | Sarah Gerdes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ARIANA BRANDY CLARK | X | X | | Deborah Gonzalez | X | X | |

Proceedings:  **ORDER OF DETENTION**

Defendant appeared before the Court for multiple alleged violation of pretrial release. On December 21, 2019, Defendant was originally released on bond after an initial appearance in this District on charges emanating from the Eastern District of Missouri. The original bond conditions were adopted and modified by a judicial officer in that district.

Since Defendant's initial appearance, her bond was modified multiple times to be more restrictive based on failures to comply with her terms of pretrial release. Based on allegations of continued noncompliance, a warrant for her arrest was issued by the Honorable Abbie Crites-Leoni, United States Magistrate Judge, from the charging district.

Based on the allegations of continued noncompliance of her pretrial release conditions, the Court orders defendant detained. She is remanded to the custody of the United States Marshal for transportation forthwith to the Eastern District of Missouri for an appearance before a judicial officer in that District.

IT IS SO ORDERED.